## Broderick *v.* Shenandoah Borough School District et al., Appellants.
## McCormick *v.* Same.

Argued December 8, 1943. Before BALDRIGE, STADTFELD, RHODES, HIRT, KENWORTHEY and RENO, JJ. (KELLER, P. J., absent).

*James J. Gallagher,* with him *Frank J. Toole* and *Frank A. Gallagher,* for appellants.

*Henry Houck,* for appellees.

OPINION BY BALDRIGE, J., January 27, 1944:

The same question involved in these appeals was decided in the case of *Goff v. Shenandoah Borough School District,* 154 Pa. Superior Ct. 239, 35 A. 2d 900, in which an opinion was this day filed. The parties agreed that the same order should be made in these appeals.

Judgment of the court below in No. 84 October Term, 1943, is affirmed.

Judgment of the court below in No. 85 October Term, 1943, is affirmed.